# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>FARRELL K. LAYTON, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 14cv2951-BAS-MDD<br><br>ORDER VACATING AUGUST 20, 2015, ENE/CMC and DENYING AS MOOT *EX PARTE* MOTIONS TO EXCUSE PERSONAL APPEARANCES AT THE ENE/CMC<br><br>[ECF NOS. 40, 41] |

On July 20, 2015, the Court scheduled an early neutral evaluation/case management conference (ENE/CMC) for August 17, 2015. (ECF No. 37). Upon joint motion, the ENE/CMC was continued to August 20, 2015. (ECF Nos. 38, 39). Based upon the status of the case, the ENE/CMC is **vacated** pending the District Court's resolution of the motion to dismiss filed by Defendants William Gore, San Diego Sheriff's Department and County of San Diego. (ECF No. 24). Additionally, the two *ex parte* motions filed to excuse the personal appearance of specific defendants at the ENE/CMC are denied as moot. (ECF Nos. 40, 41).

　　IT IS SO ORDERED.

DATED: August 6, 2015

　　　　　　　　　　　　　　　　　　Hon. Mitchell D. Dembin
　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge