UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>        Plaintiff,<br><br>  v.<br><br>FARRELL K. LAYTON, *ET AL*.,<br><br>        Defendants. | Case No. 14-cv-02951-BAS(MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**[ECF No. 67]** |

  Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 67.) The parties indicate that they have settled this matter. Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. The Clerk of the Court is directed to close this case.

  **IT IS SO ORDERED.**

**DATED:  April 20, 2016**

Hon. Cynthia Bashant
United States District Judge